IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAROLD PALMORE, : | |
|     Plaintiff : | |
| : | No.  3:21-CV-0106 |
| v. : | |
| : | Judge Eddy |
| CLARION UNIVERSITY OF : | |
| PENNSYLVANIA, et al., : | Electronically Filed Document |
| : | |
| : | |
|     Defendants : | |

## MOTION TO WITHDRAW ENTRY OF APPEARANCE

AND NOW come the Defendants, through their counsel, Amanda M. Scarpo, Deputy Attorney General, and the Pennsylvania Office of Attorney General, and file the following Motion to Withdraw Entry of Appearance, averring as follows:

1. Undersigned counsel is leaving the Office of Attorney General, and the Defendants are already represented by other counsel from the Office of Attorney General.

WHEREFORE, Defendants respectfully request that their Motion be granted and the appearance of Amanda M. Scarpo, Esq. be withdrawn for Defendants.

                                              Respectfully submitted,

                                              JOSH SHAPIRO
                                              Attorney General

                                              By:   /s/ *Amanda M. Scarpo*

Office of Attorney General               AMANDA M. SCARPO
1251 Waterfront Place                   Deputy Attorney General
Mezzanine Level                          Attorney ID 318596
Pittsburgh, PA 15222
412-565-7680                                Date: October 21, 2022

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within *Motion to Withdraw Appearance* was served upon all counsel of record via ECF.

Office of Attorney General
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222
412.565.7680

By: /s/ *Amanda M. Scarpo*
AMANDA M. SCARPO
Deputy Attorney General
Attorney ID 318596

Date: October 21, 2022