IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN

| | | |
|---|---|---|
| DAROLD PALMORE, | ) | |
| | ) | |
| Plaintiff, | ) | 3:21-CV-00106-CRE |
| | ) | |
| vs. | ) | |
| | ) | |
| CLARION UNIVERSITY OF PENNSYLVANIA, CLARION UNIVERSITY POLICE DEPARTMENT, CLARION COUNTY DISTRICT ATTORNEY, KAREN WHITNEY, CLARION UNIVERSITY PRESIDENT; MATTHEW SHAFFER, COORDINATOR OF JUDICIAL AFFAIRS AND RESIDENCE LIFE; SHANE WHITE, CORPORAL OF CLARION UNIVERSITY POLICE DEPARTMENT; AND DREW WELSH, CLARION COUNTY DISTRICT ATTORNEY; | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |

**ORDER**

AND NOW, this 8th day of December, 2022, it is HEREBY ORDERED that "Clarion Defendants") motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim (ECF No. 23) is hereby GRANTED and Plaintiff's claims are dismissed with prejudice.

BY THE COURT:

s/Cynthia Reed Eddy
United States Magistrate Judge

1