IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN

| | | |
|---|---|---|
| DAROLD PALMORE, | ) | |
| | ) | |
| Plaintiff, | ) | 3:21-CV-00106-CRE |
| | ) | |
| vs. | ) | |
| | ) | |
| CLARION UNIVERSITY OF PENNSYLVANIA, CLARION UNIVERSITY POLICE DEPARTMENT, CLARION COUNTY DISTRICT ATTORNEY, KAREN WHITNEY, CLARION UNIVERSITY PRESIDENT; MATTHEW SHAFFER, COORDINATOR OF JUDICIAL AFFAIRS AND RESIDENCE LIFE; SHANE WHITE, CORPORAL OF CLARION UNIVERSITY POLICE DEPARTMENT; AND DREW WELSH, CLARION COUNTY DISTRICT ATTORNEY; | ) | |
| Defendants, | ) | |

**ORDER**

AND NOW, this 12th day of December, 2022, it is HEREBY ORDERED that Clarion DA Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim (ECF No. 29) is hereby GRANTED and Plaintiff's claims are dismissed with prejudice.

BY THE COURT:

s/Cynthia Reed Eddy
United States Magistrate Judge

1