IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| DAROLD PALMORE,<br><br>    Plaintiff,<br><br>vs.<br><br>CLARION UNIVERSITY OF PENNSYLVANIA, CLARION UNIVERSITY POLICE DEPARTMENT, KAREN WHITNEY, CLARION UNIVERSITY PRESIDENT; MATTHEW SHAFFER, COORDINATOR OF JUDICIAL AFFAIRS AND RESIDENCE LIFE; SHANE WHITE, CORPORAL OF CLARION UNIVERSITY POICE DEPARTMENT; DREW WELSH, CLARION COUNTY DISTRICT ATTORNEY; AND CLARION COUNTY,<br><br>    Defendants. | Civil Action No.: 3:21-CV-00106-CBB<br><br>United States Magistrate Judge<br>Christopher B. Brown |

### ORDER
### ON MOTIONS TO DISMISS ECF Nos. 78 & 80

AND NOW, this 8th day of July, 2025,

Upon consideration of

    (1) A motion to dismiss Palmore's second amended complaint for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) by the County Defendants ECF No. 78; and

    (2) A motion to dismiss Palmore's second amended complaint for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) by the University Defendants ECF No. 80

1

IT IS HEREBY ORDERED that said motions are granted in part and denied in part as follows:

The following claims are dismissed with prejudice:

- Fourteenth Amendment due process claim under 42 U.S.C. § 1983 (Count II) against all Defendants;

- Breach of contract claim (Count III) against Defendants Clarion University, President Whitney and Administrator Shaffer;

- Promissory estoppel claim (Count IV) against Defendants Clarion University, President Whitney and Administrator Shaffer;

- Negligence claim (Count V) against Defendants ADA Welsh, Clarion County, Clarion University, University Police, official capacity claims against President Whitney, Administrator Shaffer, Cpl. White;

- Defamation claim (Count VI) against all Defendants;

- Fourth Amendment false arrest / false imprisonment claim under 42 U.S.C. § 1983 (Count VII) against Defendants University Police and Cpl. White; and

- Fourth Amendment malicious prosecution claim under 42 U.S.C. § 1983 (Count VIII) against University Police, official capacity claims against Cpl. White.

The following claims remain:

- A Title IX claim (Count I) against Defendants Clarion University, University Police, President Whitney, Administrator Shaffer and Cpl. White;

- A Fourth Amendment malicious prosecution claim under 42 U.S.C. § 1983 (Count VIII) against Defendants ADA Welsh and Cpl. White; and

- A negligence claim against Defendants President Whitney, Administrator Shaffer and Cpl. White.

All claims against Clarion County are dismissed with prejudice and this Defendant shall be terminated from this action.

IT IS FURTHER ORDERED that remaining Defendants shall file an Answer to the remaining claims by **July 22, 2025**.

BY THE COURT:

s/Christopher B. Brown
United States Magistrate Judge