IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAROLD PALMORE,**<br><br>        **Plaintiff,**<br><br>V.<br><br>**CLARION UNIVERSITY et al,**<br><br>        **Defendants.** | Civil Action No. 3:21-CV-00106-CBB<br><br>MAGISTRATE JUDGE: CRISTOPHER B. BROWN<br><br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S MOTION FOR RECONSIDERATION

**AND NOW COMES** the Plaintiff, Darold Palmore, Pro Se, who hereby respectfully submits this Motion for Reconsideration pertaining to the Court's Memorandum Opinion and Order entered on July 8, 2025 (ECF Nos. 90 and 91), which dismissed with prejudice several claims in Plaintiff's Amended Complaint. Plaintiff respectfully moves this Honorable Court under Rule 59(e) and 60(b)(1) of the Federal Rules of Civil Procedure and Local Rule 7.C to alter or amend the judgment. In support of this Motion, Plaintiff relies upon the accompanying Brief.

As set forth more fully in the accompanying Brief, reconsideration is warranted to correct clear legal error, address controlling precedent that was overlooked, and prevent manifest injustice. Plaintiff now moves for leave to exceed the 10 page limitation and.asks permission to file an extended reconsideration brief of 19 pages.

For these reasons, Plaintiff respectfully requests that this Motion be granted, and that:

(1) the Court's Order and Judgment of July 8, 2025 be vacated; and

(2) Summary Judgment be granted in favor of the Plaintiff.

Respectfully submitted,

s/Darold Palmore

Darold Palmore

218 Wood Street

Johnstown, PA 15902

Email:DaroldPalmore@gmail.com
