FILED

AUG 1 5 2025

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAROLD PALMORE,**<br><br>Plaintiff,<br><br>V.<br><br>**CLARION UNIVERSITY et al,**<br><br>Defendants. | Civil Action No. 3:21-CV-00106-CBB<br><br>MAGISTRATE JUDGE: CRISTOPHER B. BROWN<br><br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT UNDER FED. R. CIV. P. 54(b)

Plaintiff **Darold Palmore**, pro se, respectfully moves the Court to direct entry of final judgment pursuant to **Fed. R. Civ. P. 54(b)** as to the claims and parties dismissed **with prejudice** by the Court's **July 8, 2025** Memorandum Opinion and Order (ECF Nos. 90, 91), as left undisturbed by the Court's **August 7, 2025** Order denying reconsideration (ECF No. 101).

1. The July 8, 2025 Order dismissed with prejudice: **Count II** in its entirety; **Counts III, IV, VI, and VII** in their entirety; **Count V** as to ADA Welsh, Clarion County, Clarion University, Clarion University Police Department, and the official-capacity claims against Whitney, Shaffer, and White; and **Count VIII** as to the University Police and official-capacity White. The Court also terminated **Clarion County** as a party.

2. These rulings finally adjudicate all rights and liabilities as to the dismissed claims and the dismissed parties.

3. The dismissed claims are legally and factually distinct from the surviving **Title IX**, limited **malicious prosecution**, and limited **negligence** claims.

4. There is no just reason for delay; immediate appeal will promote efficiency, avoid duplicative proceedings, and prevent prejudice.

For these reasons and those set out in the accompanying **Brief in Support**, Plaintiff asks the Court to: (a) expressly determine there is no just reason for delay; (b) direct entry of final judgment under Rule 54(b) as to the dismissed claims and parties identified above; and (c) direct the Clerk to enter judgment accordingly.

Respectfully submitted,

s/Darold Palmore

Darold Palmore

218 Wood Street

Johnstown, PA 15902

Email:DaroldPalmore@gmail.com