IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**DAROLD PALMORE,**

       **Plaintiff,**

**V.**

**CLARION UNIVERSITY et al,**

       **Defendants.**

Civil Action No. 3:21-CV-00106-CBB

MAGISTRATE JUDGE: CRISTOPHER B. BROWN

JURY TRIAL DEMANDED

### PLAINTIFF'S MOTION FOR APPOINT OF COUNSEL

    Plaintiff Darold Palmore, proceeding pro se, respectfully moves the Court to request and appoint counsel to represent him pursuant to 28 U.S.C. § 1915(e)(1). As detailed in the accompanying Memorandum of Law, Plaintiff's surviving claims have arguable merit, and the factors identified by the Third Circuit in *Tabron v. Grace*, *Parham v. Johnson*, and *Montgomery v. Pinchak*—including Plaintiff's limited ability to present the case at this stage, the complexity of the legal issues, the substantial and technical factual investigation required (ESI and forensic video retention), likely credibility disputes, the probable need for expert testimony, and Plaintiff's inability to retain counsel despite good faith efforts—now weigh decisively in favor of appointment. The Court's October 6, 2025 Rule 54(b) denial further confirms that the live and dismissed claims are inextricably intertwined, underscoring the need for counsel to manage intertwined discovery and advance the case efficiently toward a single final judgment.

                                        Respectfully submitted,

                                        s/Darold Palmore

                                        Darold Palmore

                                        218 Wood Street

                                        Johnstown, PA 15902

                                        Email:DaroldPalmore@gmail.com