IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAROLD PALMORE, | ) | Civil Action No. 3:21-cv-106 |
| | ) | |
| Plaintiff, | ) | HON. CHRISTOPHER B. BROWN |
| | ) | |
| v. | ) | |
| | ) | |
| CLARION UNIVERSITY OF | ) | |
| PENNSYLVANIA, CLARION | ) | |
| UNIVERSITY POLICE DEPARTMENT, | ) | |
| KAREN WHITNEY, Clarion University | ) | |
| President, MATTHEW SHAFFER, | ) | |
| Coordinator of Judicial Affairs and | ) | |
| Residence Life, SHANE WHITE, Corporal | ) | |
| of Clarion University Police Department and | ) | |
| DREW WELSH, Clarion County District | ) | |
| Attorney, and CLARION COUNTY, | ) | |
| | ) | |
| Defendants. | ) | Electronically Filed. |

## JOINT MOTION FOR STATUS CONFERENCE

COMES NOW, the parties, by and through undersigned counsel, and hereby file this Joint Motion for Status Conference for the following reasons:

1. Plaintiff, Darold Palmore, initiated this matter as a *pro se* litigant.

2. On December 11, 2025, Elizabeth A. Tuttle, Esquire, was appointed by this Honorable Court to represent Plaintiff for ADR purposes only. (ECF No. 125).

3. On February 11, 2026, Elizabeth A. Tuttle, Esquire, entered her appearance as private counsel on behalf of Plaintiff (ECF No. 129).

4. To date, this Honorable Court has not set a deadline for the completion of ADR, nor has a neutral been assigned to this matter.

5. The parties respectfully requests that this Honorable Court schedule a status conference to discuss matters related to ADR.

WHEREFORE, for all the above reasons, the parties respectfully request that this Honorable Court schedule a status conference.

                                                                                        Respectfully submitted,

OFFICE OF ATTORNEY GENERAL                     LAW OFFICES OF JOEL SANSONE

s/ Joan E. Owhe                                                          s/ Elizabeth A. Tuttle
Joan E. Owhe, Deputy Attorney General           Elizabeth A. Tuttle, Esquire
PA ID No. 331123                                                    PA ID No. 322888
jowhe@attorneygeneral.gov                                  etuttle@joelsansonelaw.com
*Counsel for Defendants Clarion*                          *Counsel for Plaintiff*
*University of PA, Clarion University*
*Police Department, Karen Whitney,*
*Matthew Shaffer and Shane White*

1251 Waterfront Place                                            Two Gateway Center, Suite 1290
Mezzanine Level                                                       603 Stanwix Street
Pittsburgh, Pennsylvania 15222                           Pittsburgh, Pennsylvania 15222
412.627.0365                                                             412.281.9194


JONESPASSODELIS, PLLC

s/Maria N. Pipak
Maria N. Pipak, Esquire
PA ID No. 317450
mpipak@jonespassodelis.com
*Counsel for Defendant Drew Welsh*

Fifth Avenue Place
120 Fifth Avenue, Suite 26300
Pittsburgh, Pennsylvania 15222
412.315.7272


Dated: February 18, 2026